SCAD-20-0000403

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

OFFICE OF DISCIPLINARY COUNSEL,
Petitioner,

vs.

EARLE A. PARTINGTON (HI Bar No. 1568),
Respondent.

---

ORIGINAL PROCEEDING
(ODC Case No. 19-0297)

NOTICE AND ORDER
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of the petition for issuance of a reciprocal discipline notice upon Respondent Earle A. Partington, filed on June 1, 2020 by the Office of Disciplinary Counsel (ODC), pursuant to Rule 2.15(b) of the Rules of the Supreme Court of the State of Hawaiʻi (RSCH), and the declaration and exhibits appended thereto, we find that, on April 29, 2020, the Supreme Court of California entered an order, disbarring Respondent Partington. In light of the above, RSCH Rule 2.15(b) requires issuance of a notice to Respondent Partington that imposition of the same or substantially equivalent discipline

will be imposed upon him, pursuant to RSCH 2.15(c), in the State of Hawaiʻi, unless he shows cause as to why such discipline is unwarranted.  Finally, the record does not conclusively establish whether Respondent Partington is in the State of Hawaiʻi.  Therefore,

IT IS HEREBY ORDERED that the petition is granted.

IT IS FURTHER ORDERED that the ODC shall, in accordance with the service requirements of RSCH Rule 2.11(a), attempt personal service upon Respondent Partington of both this Notice and Order and a certified copy of the disbarment order of the Supreme Court of California.  If ODC determines Respondent Partington cannot be located within the state, ODC may file a declaration with this court to that effect and execute service by registered or certified mail, pursuant to RSCH Rule 2.11(a), to the address registered by Respondent Partington with the Hawaiʻi State Bar Association.

IT IS FINALLY ORDERED that Respondent Partington shall inform this court, within 30 days after service of this notice upon him, of his claim(s) and the reasons therefor as to why an equivalent or substantially equivalent discipline in the State of Hawaiʻi is unwarranted.

DATED: Honolulu, Hawaiʻi, June 10, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

